# Court of Appeals
# of the State of Georgia

ATLANTA,  December 02, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0618.  JAMES CLIFFORD GEIGER v. THE STATE.**

The trial court entered an order denying James Clifford Geiger's motion to withdraw his guilty plea and for appointment of counsel on August 29, 2019. On October 15, 2019, Geiger filed a notice of appeal to this Court.  We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  Geiger's notice of appeal is untimely, as it was filed 47 days after entry of the order he seeks to appeal.  Consequently, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  12/02/2019
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*